**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7474**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DON BENNY ANDERSON,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CR-83-159)

---

Submitted: December 18, 2003      Decided: January 16, 2004

---

Before LUTTIG, SHEDD, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Don Benny Anderson, Appellant Pro Se. Kenneth E. Melson, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Don Benny Anderson appeals the district court's order denying his application for a nunc pro tunc order to modify the criminal judgment against him. We have reviewed the record and find no reversible error. Accordingly, we affirm. We also note that Anderson has raised several claims for the first time on appeal, which we decline to address. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993) (noting that issues raised for first time on appeal are generally not considered absent exceptional circumstances). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED